**RACHELLE TAYLOR GOLDEN 295385**
Rachelle@GoldenADADefense.com
**GOLDEN LAW A.P.C.**
1100 W. Shaw Avenue, Suite 132
Fresno, California 93711
Telephone: (559) 878-3521

Attorneys for Defendants:
EL PROVINCIANO, INC. dba MERCADO EL PROVINCIANO;
MOUSHIGIAN FAMILY PARTNERSHIP, LP

**TANYA E. MOORE**
service@moorelawfirm.com
tanya@moorelawfirm.com
**MOORE LAW FIRM, P.C.**
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Fax: (408) 298-6046

Attorneys for Plaintiff:
HENDRIK BLOCK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| HENDRIK BLOCK, an individual | **NO. 1:21-cv-01466-JLT-BAM** |
| Plaintiff, | **STIPULATION TO SET ASIDE DEFAULT AND ORDER THEREON** |
| vs. | |
| EL PROVINCIANO, INC. dba MERCADO EL PROVINCIANO; MOUSHIGIAN FAMILY PARTNERSHIP, L.P.; | **(Doc. Nos. 19, 20)** |
| Defendants. | |

---
1
STIPULATION TO SET ASIDE DEFAULT AND ORDER THEREON

It is hereby stipulated between Plaintiff, HENDRIK BLOCK, who is represented by Tanya E. Moore, Esq., of Moore Law Firm. P.C. and Defendants, EL PROVINCIANO, INC. dba MERCADO EL PROVINCIANO and MOUSHIGIAN FAMILY PARTNERSHIP, LP ("Defendants"), who are represented by Rachelle Taylor Golden, Esq., of Golden Law A.P.C. (collectively referred to herein as "the Parties"), that Plaintiff's Request for Entry of Default be set aside so that the matter may proceed on its merits and therefore, Defendants shall be allowed to file its responsive pleading with all affirmative defenses preserved.

The Parties further stipulate that Defendants have ten (10) days from the entry of the Order setting aside the default.

DATED: April 19, 2022,                          GOLDEN LAW A.P.C

                                                By: */s/ Rachelle Taylor Golden*
                                                RACHELLE TAYLOR GOLDEN
                                                Attorney for Defendants, EL
                                                PROVINCIANO, INC. dba MERCADO EL
                                                PROVINCIANO and MOUSHIGIAN
                                                FAMILY PARTNERSHIP, LP

DATED: April 19, 2022,                          MOORE LAW FIRM, P.C.

                                                By: */s/ Tanya E. Moore*
                                                TANYA E. MOORE
                                                Attorney for Plaintiff,
                                                HENDRIK BLOCK

**ORDER**

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Default entered against Defendants EL PROVINCIANO, INC. dba MERCADO EL PROVINCIANO and MOUSHIGIAN FAMILY PARTNERSHIP, LP., is hereby set aside. Defendants EL PROVINCIANO, INC. dba MERCADO EL PROVINCIANO and MOUSHIGIAN FAMILY PARTNERSHIP, LP., are to file a response to the complaint with the Court within ten (10) days from the date of this order.

IT IS SO ORDERED.

Dated:   **April 20, 2022**             /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE